John KURTZ and Donna Kurtz, Maria Michel, Aura Garcia, Maria Kurtz, Margarita Kurtz, Sister Perla Oyuky Lopez Ruiz, Dominic A. Kurtz, Domenic J. Kurtz, Joseph Kurtz, Alisha Ratliff as Parent and Legal Guardian of Nicholas Ratliff, a Minor, David Kurtz, Galina Kurtz and Michael Kurtz, Respondents

v.

RENT–A–CENTER EAST, INC., Rent–A–Center, Inc. and Mark Brown, Petitioners

No. 169 EM 2016

Supreme Court of Pennsylvania.

January 23, 2017

### ORDER

PER CURIAM

AND NOW, this 23rd day of January, 2017, the Motion for Leave to File a Reply Brief is **GRANTED**, and the Petition for Review is **DENIED**.

Junius BURNO, Petitioner

v.

Kathleen KANE, Attorney General of Pennsylvania, Respondent

No. 157 EM 2016

Supreme Court of Pennsylvania.

January 23, 2017

### ORDER

PER CURIAM

AND NOW, this 23rd day of January, 2017, the Petition for Review, the Application for Summary Disposition, the Application to Amend and Compel, the Application for Summary Disposition, and the Application to Compel are **DISMISSED**. The Prothonotary is **DIRECTED** to forward these filings to counsel of record.

Robert RICHARDSON, Petitioner

v.

PRESIDENT JUDGE OF COMMON PLEAS COURT OF PHILADELPHIA COUNTY and Clerk of the Court of Common Pleas of Philadelphia County, Respondents

No. 186 EM 2016

Supreme Court of Pennsylvania.

January 23, 2017

### ORDER

PER CURIAM

AND NOW, this 23rd day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.